IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ROBERT TEMPLETON AND DAVID MILLER,<br><br>   *Appellants,*<br><br>v.<br><br>WALTER O'CHESKEY, as Chapter 11 Trustee,<br><br>   *Appellee.* | § § § § § § § § § § § § | Case No. _____ |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| **In Re:**<br><br>**AMERICAN HOUSING FOUNDATION, INC.,**<br><br>   *Debtor,* | § § § § § § | **CASE NO. 09-20232-11**<br>**CHAPTER 11** |
| **WALTER O'CHESKEY, as Chapter 11 Trustee,**<br>  *Plaintiff and Counter-Defendant,*<br><br>v.<br><br>**ROBERT TEMPLETON,**<br>  *Defendant and Counter Plaintiff.* | § § § § § § § | Adversary No. 10–02016-rlj<br><br><br><br><br>(Consolidated with) |
| **WALTER O'CHESKEY, as Chapter 11 Trustee,**<br>  *Plaintiff and Counter-Defendant,*<br><br>v.<br><br>**DAVID MILLER,**<br>  *Defendant and Counter Plaintiff.* | § § § § § § § § | Adversary No. 10–02017-rlj |

**APPENDIX TO APPELLANTS' MOTION FOR LEAVE TO APPEAL FROM INTERLOCUTORY ORDER**

1

| TAB | DOCUMENT DESCRIPTION | DOCKET NO. | BATES |
|---|---|---|---|
| 1 | Order filed June 7, 2011 | 80 | App 1-4 |
| 2 | Trustee's First Amended Complaint in Case No. 10-02016 *Walter O'Cheskey v. Robert Templeton* | 52 | App 5-36 |
| 3 | Trustee's Second Amended Complaint in Case No. 10-02017 *Walter O'Cheskey v. David Miller* | 70 | App 37-60 |
| 4 | Motion for Protective Order of Robert L. Templeton and David Miller (w/o exhibits) | 59 | App 61-77 |
| 5 | Trustee's Motion to Compel Production by Robert L. Templeton and David L. Miller (w/o exhibits) | 61 | App 78-86 |
| 6 | Defendants' Response to Trustee's Motion to Compel and Supplement to Motion for Protective Order – Lack of Subject Matter Jurisdiction (w/o exhibits) | 66 | App 87-98 |
| 7 | Trustee's Reply in Support of Motion to Compel Production by Robert L. Templeton and David Miller | 72 | App 99-108 |
| 8 | Defendants' Motion to Dismiss and For Judgment on the Pleadings of Certain Objections and Claims for Lack of Subject Matter Jurisdiction | 75 | App 109-124 |
| 9 | Defendant's Sur-Reply to Trustee's Reply in Support of His Motion to Compel | 77 | App 125-141 |
| 10 | Adversary Case No. 11-02126; *Walter O'Cheskey, Trustee v. Carson Burgess, et al* | 2701 | App 142-166 |
| 11 | Adversary Case No. 11-02127; *Walter O'Cheskey, Trustee v. Campbell Burgess, et al* | 2702 | App 167-194 |
| 12 | Adversary Case No. 11-02128; *Walter O'Cheskey, Trustee v. Herring Financial Services, et al* | 2703 | App 195-223 |
| 13 | Adversary Case No. 11-02131; *Walter O'Cheskey, Trustee v. William Scott and William Scott IRA* | 2706 | App 224-239 |
| 14 | Adversary Case No. 11-02132; *Walter O'Cheskey, Trustee v. Rainier American Investors I, LLC, et al* | 2708 | App 240-264 |
| 15 | Adversary Case No. 11-02133; *Walter O'Cheskey, Trustee v. Don Storseth, Individually and as Trustee of the Storseth Family Trust, et al.* | 2709 | App 265-299 |
| 16 | May 27, 2011 Cost/Benefit Analysis Letter from Steve McCartin to Hon. Robert L. Jones | 2713 | App 300-312 |
| 17 | June 2, 2011 letter from David R. Langston, attorney for the AHF Oversight Committee to Honorable Robert L. Jones | 2714 | App 313-350 |

Respectfully submitted,

LOVELL, LOVELL, NEWSOM & ISERN, L.L.P.
Joe L. Lovell, SBN 12609100
John H. Lovell, SBN 12609300
Deborah D. Reeves, SBN 24006668
112 West 8th Avenue, Suite 1000
Amarillo, Texas 79101-2314
Telephone: (806) 373-1515
Facsimile: (806) 379-7176

By: _____
Joe L. Lovell, SBN 12609100

Attorneys for Robert Templeton and David Miller

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was delivered via ECF on this the 16th day of June, 2011 to the following listed parties in interest:

Steve McCartin
Barry Golden
GARDERE, WYNNE, SEWELL, LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201

Walter O'Cheskey
P.O. Box 64456
Lubbock, Texas 79464

Max Tarbox
TARBOX LAW, P.C.
2301 Broadway
Lubbock, Texas 79401

_____
Joe L. Lovell

3